# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2478
Lower Tribunal No. 2022-CC-00810-O

_____

TREVOR S. BROWN,

Appellant,

v.

CAPITAL ONE BANK (USA), N.A.,

Appellee.

_____

Appeal from the County Court for Orange County.
Andrew L. Cameron, Judge.

June 18, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and MIZE, JJ., concur.


Trevor S. Brown, Orlando, pro se.

Kevin Spinozza, of Pollack & Rosen, P.A., Coral Gables, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED